**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourt.gov

| | |
|---|---|
| In re: | Case No.: 6:24-BK-00310-TPG |
| Katelin Teseniar-Gonzalez and Malaquias Gonzalez-Monge, | Chapter 13 |
|     Debtors. | |
| _____/ | |

## NOTICE OF APPEARANCE

The undersigned serves this Notice of Appearance in this cause on behalf of Creditor, Fairwinds Credit Union, and requests that all pleadings be served on him pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure.

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 22-141

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on February 9, 2024 to:

Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790-3450
*Trustee* (usual place of business)

Katelin Marie Teseniar-Gonzalez and Malaquias Gonzalez-Monge, 1014 Oak Lane, Apopka, FL 32703
*Pro Se Debtors* (usual place of abode)

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 22-141