# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourt.gov

| | |
|---|---|
| In re: | Case No.: 6:24-BK-00310-TPG |
| Katelin Teseniar-Gonzalez and Malaquias Gonzalez-Monge, | Chapter 13 |
| Debtors. | |
| _____/ | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Judge Geyer will conduct a preliminary hearing in this case on March 27, 2024, at 10:45 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington St., Orlando, FL 32801 on the following matter:

**Motion for Prospective Relief from Stay (Doc. No. 24)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/geyer or call 407-237-8111.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No: 17-44

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 20, 2024 a true and correct copy of the foregoing Notice was served via U.S. First Class Mail or electronic transmission to::

Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790-3450
*Trustee* (usual place of business)

Katelin Marie Teseniar-Gonzalez and Malaquias Gonzalez-Monge, 1014 Oak Lane, Apopka, FL 32703
*Pro Se Debtors* (usual place of abode)

                                       **Heckman Law Group, P.L.**

                                       By: */s/ Chad D. Heckman*
                                       Florida Bar No.: 0526029
                                       Attorney for Creditor
                                       P.O. Box 12492
                                       Tallahassee, Florida 32317-2492
                                       Phone: (850) 583-4161
                                       E-Service: eservice@heckmanlawgroup.com
                                       HLG File No.: 22-141