ORDERED.

Dated: May 05, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourt.gov

| | |
|---|---|
| In re: | Case No.: 6:24-BK-00310-TPG |
| Katelin Teseniar-Gonzalez and Malaquias Gonzalez-Monge, | Chapter 13 |
| Debtors. | |
| _____/ | |

## ORDER GRANTING FAIRWINDS CREDIT UNION'S MOTION FOR PROSPECTIVE RELIEF FROM STAY

This case came on for consideration on the Motion for Prospective Relief from Stay filed by Fairwinds Credit Union ("Movant") (Document No. 24). After notice and a hearing on Movant's Motion on April 24, 2024 and for the reasons stated verbally in open court, it is

**ORDERED**:

1. The Motion is granted.

2. That the automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated along with injunctive relief for one (1) year from the date of this Order as to Movant's interest in the following property:

1014 Oak Ln., Apopka, FL 32703 ("the property")

3. No bankruptcy petition filed within the one (1) year period from the effective date of this Order shall reimpose the automatic stay as to Creditor, nor abate or prohibit any state court proceedings to take place as to foreclosure of the property, including the foreclosure case assigned case number 2021CA000453 that is pending in Seminole County, Florida wherein Movant is Plaintiff and Debtors are Defendants.

4. The Seminole County Clerk of Court shall disregard any bankruptcy pleading that would prohibit the foreclosure action from proceeding, including, but not limited to the sale of the property.

5. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not obtain *in personam* relief against Debtors.

Ordered prepared by Chad D. Heckman
HLG File No.: 22-141

Attorney Chad D. Heckman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.